UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| MARCUS WASHINGTON, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No.: 3:20-CV-494-RLJ-DCP |
| RONNIE LAWSON, | ) | |
| Defendant. | ) | |

## JUDGMENT ORDER

For the reasons set forth in the memorandum opinion filed contemporaneously with this order, Plaintiff's motion to proceed *in forma pauperis* [Doc. 4] is **DENIED** as moot, and Plaintiff's pro se complaint for violation of 42 U.S.C. § 1983 is **DISMISSED** pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

Because the Court has **CERTIFIED** in the memorandum opinion that any appeal from this order would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24. The Clerk is **DIRECTED** to close the file.

**IT IS SO ORDERED.**

ENTER:

s/ Leon Jordan
United States District Judge

ENTERED AS A JUDGMENT
s/ John Medearis
CLERK OF COURT